DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PEDRO RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:12-CR-170 LJO |
| Plaintiff, ) | INTRA-DISTRICT TRANSFER OF CASE FROM FRESNO DIVISION TO SACRAMENTO DIVISION |
| v. ) | |
| PEDRO RUIZ, ) | Date: July 24, 2012 |
| Defendant. ) | Time: 2:00 p.m. Judge: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that this case be transferred from the Eastern District of California, Fresno Division to the Eastern District of California, Sacramento Division.

The reason for this request is that the matter was improperly calendared in the Fresno Division due to an error in mailing by the transferring jurisdiction. The case originated in the District of Nebraska, *United States v. Pedro Solis Ruiz, Jr.,* USDC NE 8:11CR44. On March 2, 2011, counsel for defendant was appointed. The case was negotiated and parties represented by attorneys in the Sacramento Division: AUSA Todd Leras and AFD Dennis Waks. Mr. Ruiz requested that the matter proceed pursuant to Rule 20, that the matter be transferred to the Eastern District of California. Subsequently, on May 25, 2012, the consent to transfer jurisdiction was signed and the case transmitted to the Eastern District of California. No division was specified in the request and the clerk of the court in the District of Nebraska sent the

matter to Fresno. The matter was placed on calendar in the Fresno Division pursuant to the transfer documents.

It is hereby requested that the matter be transferred from the Fresno Division to the Sacramento Division. The case should have originally been transferred to the Eastern District of California, Sacramento Division. Attorneys for the parties are located in that division and they fully expected the Rule 20 to proceed in that Division. It would conserve court resources to have the matter transferred without an appearance by the defendant in this district.

It is also requested that the matter be set for status conference on July 24, 2012, at 2:00 pm in the Sacramento Division before the duty magistrate.

Dated: July 18, 2012

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  _____
                                  FRANCINE ZEPEDA
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  PEDRO RUIZ

**O R D E R**

IT IS SO ORDERED.

**Dated:   July 18, 2012**                     /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE